# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jose Conejo, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:17-cv-01802 (RCL) |
| | : | |
| American Federation of Government Employees, AFL-CIO, | : : | |
| | : | |
| Defendant. | : : | |

## DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS

Respectfully submitted,

Gony Frieder Goldberg,
D.C. Bar No. 457706
Deputy General Counsel

Mark L. Vinson, Esq.
D.C. Bar No. 478175
Assistant General Counsel
American Federation of Government
Employees, AFL-CIO
80 F Street, NW
Washington, DC  20001
(202) 639-6426

Counsels for Defendant

I hereby certify that copies of the foregoing DEFENDANT'S MOTION TO DISMISS was filed with the Court's electronic filing system, and was placed in the U.S. Mail this 6th day of July 2018 to be sent via postage paid, first class mail upon:

        Jose Conejo
        8350 Terra Grande Ave.
        Springfield VA 22153


        */s/ Mark L. Vinson*
        Mark Vinson (DC Bar #478175)
        American Federation of Government
        Employees, AFL-CIO
        80 F Street, NW
        Washington, DC  20001
        (202) 639-6426
        (202) 639-6441 (fax)